A. STANLEY COPELAND, Appellant, *v.* JAMES W. HIGGINS, as Police Commissioner of the City of Buffalo, Respondent.

(Argued May 7, 1930; decided June 3, 1930.)

*A. Stanley Copeland,* appellant in person.

*Charles L. Feldman, Corporation Counsel (Andrew P. Ronan* of counsel) for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.